# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00271-CV

### Bent Sky Investments, LLC, Appellant

### v.

### City of Dripping Springs, Appellee

---

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 22-2549, THE HONORABLE TANNER NEIDHARDT, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

On July 14, 2023, we abated this appeal pending settlement. The parties have now filed an agreed motion to reinstate and dismiss this appeal. Accordingly, we reinstate the appeal, grant the agreed motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Baker, Triana, Smith

Dismissed on Agreed Motion

Filed:  August 10, 2023